UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNNE LAPENSEE and ROLAND LAPENSEE, | : CIVIL ACTION NO. |
| Plaintiffs, | : |
| v. | : 3:03CV1739(CFD) |
| WHITEHALL-ROBINS, a Division of WYETH, f/k/a AMERICAN HOME PRODUCTS CORPORATION; and WAL-MART STORES, INC. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all the parties to this action hereby stipulate and agree that all claims asserted against all defendants, shall be dismissed with prejudice, without costs, expenses or attorneys' fees, and with waiver of all rights of appeal.

| | |
|---|---|
| DEFENDANT WHITEHALL ROBINS, a Division of WYETH, f/k/a/ AMERICAN HOME PRODUCTS CORPORATION | PLAINTIFFS LYNNE LAPENSEE AND ROLAND LAPENSEE |
| By its attorneys, | By their attorneys, |
| Francis H. Morrison, III (ct4200) | H. Bissell Carey, III (ct9241) |
| Day Pitney LLP | Robinson & Cole LLP |
| CityPlace I | 280 Trumbull Street |
| Hartford, Connecticut 06103-3499 | Hartford, Connecticut 06103-3597 |
| Phone: 860-275-0100 | Phone: 860-275-8200 |
| Fax: 860-275-0343 | Fax: 860-275-8299 |
| Dated: April 1, 2007 | |

SO ORDERED

This ___ day of _____, 2007

_____
United States District Court, District of Connecticut